UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
THOMAS MCDOUGALL, et al,

                      **Plaintiffs,**

     -against-

GREATBANC TRUST COMPANY,

                      **Defendant.**

------------------------------------------------------------------ x

22-cv-03079 (ALC)

<u>CONFERENCE ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

The Court will hold a telephonic conference in this action on **November 9, 2023** at 2:30PM Eastern Time.

All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**    **November 2, 2023**
               **New York, New York**

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**