UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
THOMAS MCDOUGALL, et al, :
:
                    **Plaintiffs,** :
:    22-cv-03079 (ALC)
   -against- :
:    <u>**AMENDED CONFERENCE**</u>
GREATBANC TRUST COMPANY, :    <u>**ORDER**</u>
:
                    **Defendant.** :
:
:
:
------------------------------------------------------------- :
:
x

**ANDREW L. CARTER, JR., District Judge:**

      The Court will now hold a telephonic conference in this action on **November 9, 2023** at 3:30PM Eastern Time.

      All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:**    **November 3, 2023**
              **New York, New York**                   **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**