UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
THOMAS MCDOUGALL, et al,

       **Plaintiffs,**

 -against-           22-cv-03079 (ALC)

GREATBANC TRUST COMPANY,   **SECOND AMENDED CONFERENCE ORDER**

       **Defendant.**

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

 The Court will now hold a telephonic conference in this action on **November 9, 2023** at 3:45PM Eastern Time.

 All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: November 3, 2023**
    **New York, New York**

              **ANDREW L. CARTER, JR.**
              **United States District Judge**