UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
THOMAS MCDOUGALL, et al,

                         **Plaintiffs,**

     -against-

**GREATBANC TRUST COMPANY,**

                         **Defendant.**

-------------------------------------------------------------------- x

22-cv-03079 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Pursuant to the conference held on November 9, 2023, Plaintiffs' motion to transfer this action to the United States District Court for the Northern District of New York, ECF No. 58, is hereby **GRANTED**. The Clerk of the Court is respectfully directed to close the open motion at ECF No. 58.

**SO ORDERED.**

**Dated:** **November 9, 2023**
          **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**