IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS MCDOUGALL, individually and as Trustee of the Thomas G. McDougall Trust dated November 17, 2005, PETER D. OTTAVIO, individually and as Trustee of the Peter D. Ottavio Revocable Living Trust dated February 19, 2016, MELISSA LASSOR, and JASON STEINBOCK, all on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREATBANC TRUST COMPANY,<br><br>Defendant. | Case No. 1:23-CV-1437-AMN-DJS |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) and the terms of a settlement between Plaintiffs and Defendant, Plaintiffs, together with their successor-in-interest EYP Liquidating Trust, hereby dismiss this action *with prejudice* in its entirety, by stipulation of the parties, and further state and clarify that the previous voluntary dismissals of former plaintiffs Marjorie Kohlberg (individually and as administrator of the Estate of Edmund Kohlberg), David Eijadi (individually and as Trustee of the David Azziz Eijadi and Barbara Anne Eijadi Revocable Trust Dated May 27, 2015), Betsy Sears, and Mary Lou Jurkowski are dismissals *with prejudice*. Each party agrees to bear its own costs.

The claims in this case were originally brought on behalf of a putative class of Group I and Group II noteholders. After the confirmation of the Bankruptcy plan under the case caption of *EYP Group Holdings, Inc., et al.*, Chapter 11 Case No. 22-10367-MFW filed in the U.S. Bankruptcy Court for the District of Delaware, the claims asserted in this action were assigned to the EYP

1

Liquidating Trust.

The proceeds from this settlement will be disbursed by the Liquidating Trust per the terms of the Bankruptcy plan, which generally requires distributions to Group I and Group II noteholders after the deduction of fees and expenses.

Dated: 08/30/2024

/s/ John N. Yokow

Barry S. Pollack
Phillip Rakhunov
John N. Yokow
POLLACK SOLOMON DUFFY LLP
48 Wall Street, 31st Floor

New York, NY 10005
212-493-3100 (Tel)
bpollack@psdfirm.com
prakhunov@pdsfirm.com
jyokow@psdfirm.com

*Counsel for Plaintiffs and for EYP Liquidating Trust as successor-in-interest to Plaintiffs*

SO STIPULATED.

/s/

Roger H. Stetson (#704361)
Owen H. Smith (#693627)
Nicholas H. Callahan (#704362)
David B. Lurie (#704363)
Barack Ferrazzano
 Kirschbaum & Nagelberg LLP
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
Tel: (312) 984-3100
Fax: (312) 984-3150
roger.stetson@bfkn.com
owen.smith@bfkn.com
nick.callahan@bfkn.com
david.lurie@bfkn.com

*Counsel for Defendant GreatBanc Trust Company*

IT IS SO ORDERED:

Anne M. Nardacci
U.S. District Judge

Dated: September 4, 2024
       Albany, NY